IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT LEE HARPER,

    Petitioner,

v.                                                   Case No. 1:21-cv-4-AW-GRJ

SECRETARY, FLORIDA DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 14, 2021 Report and Recommendation. ECF No. 18. I have also considered de novo the issues raised in Petitioner's objections. ECF No. 19. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.     The Report and Recommendation (ECF No. 18) is adopted and incorporated into this order.

2.     The clerk will enter a judgment that says, "The § 2254 petition is dismissed for lack of subject-matter jurisdiction."

3.     A certificate of appealability is DENIED.

4.     The clerk will close the file.

SO ORDERED on October 6, 2021.

                                                      s/ *Allen Winsor*
                                                      United States District Judge